IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


UNITED STATES OF AMERICA

VS                                    NO. 4:03CR00130-01 GH

ANTHONY TERELLE DUNLAP

## ORDER

Defendant appeared with counsel on August 25, 2006 for a supervised release revocation hearing.  The probation officer reported that the drug test administered to defendant prior to court was negative, therefore, the defendant will be released immediately from the custody of the U. S. Marshal.

Probation is directed to place the defendant in a residential substance abuse treatment program as soon as possible.  Until that time, the defendant is placed on home confinement and may leave his home for employment and religious purposes only.  He is to report to the U. S. Probation Office at 9:00 a.m. Monday through Friday for drug screening and will have unannounced visits from his probation officer.

Costs for the residential substance abuse treatment will be paid by the government for the first two weeks.  After that time, the defendant will pay half of the costs.

A status hearing is scheduled for September 25, 2006 at 1:00 p.m.

IT IS SO ORDERED this 25th day of August, 2006.


_____
UNITED STATES DISTRICT JUDGE