IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS                                    NO. 4:03CR00130-01 GH

ANTHONY TERELLE DUNLAP

**ORDER**

Defendant appeared with counsel on September 25, 2006 for a status hearing on the government's motion to revoke supervised release. After a report from the probation officer and argument of counsel, the court directs the defendant to complete his residential substance abuse treatment and enter a chem-free living facility for 60 days following completion of the residential substance abuse treatment.

A status hearing is scheduled for October 11, 2006 at 1:00 p.m.

IT IS SO ORDERED this 26th day of September, 2006.

_____
UNITED STATES DISTRICT JUDGE